JUN 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6176**

18 USC 1010
18 USC 2     **CR-ZLOCH**

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANNETTE GONZALEZ,

    Defendant.

_____/

## INFORMATION

The United States Attorney charges:

Between on or about January 28, 1997 to on or about May 12, 1997, in Broward and Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

### ANNETTE GONZALEZ,

for the purpose of obtaining loans from Aegis Mortgage Corporation, First Bankers Mortgage Services, New America Financial, Resource Bankshares Mortgage Group, and Corinthian Mortgage Corporation, with the intent that such loans would be offered to or accepted by the Department of Housing and Urban Development for insurance, did utter, publish, and pass as true, title commitment



letters, knowing them to have been altered, forged or counterfeited, in violation of Title 18, United States Code, Sections 1010 and 2.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

ANNETTE GONZALEZ

**Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)     Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

___ Miami  ___ Key West
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) _NO_____
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                            (Check only one)

   I    0 to 5 days      _X_      Petty      ____
   II   6 to 10 days     ____     Minor      ____
   III  11 to 20 days    ____     Misdem.    ____
   IV   21 to 60 days    ____     Felony     _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ____NO_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No    If yes, was it pending in the Central Region? _X_ Yes ___ No

                                    _____
                                    LYNN D. ROSENTHAL
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court Bar No. 343226

*Penalty Sheet(s) attached                              REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __ANNETTE GONZALEZ__     No.: _____

Count # I:
MAKING A FALSE STATEMENTS OF HUD; in violation of 18:1010

*Max Penalty:  2 YEARS' AND $250,000 FINE

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96