UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00 - 6176-CR-wjz

UNITED STATES OF AMERICA,

vs.

ANNETTE GONZALEZ,
    Defendant.
_____/

FILED by _HH_ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**NOTICE OF APPEARANCE**
For Trial Purposes Only

    COMES NOW Ronald S. Chapman, Esq. and enters his Notice of Appearance on behalf of the above-named defendant for trial purposes only and requests that all further correspondence, petitions, notices, or other pleadings in the instant case be directed to Ronald S. Chapman, Esq. at the address below.

                                  Ronald S. Chapman, Esq.
                                  Via Jardin, Suite 217
                                  330 Clematis Street
                                  West Palm Beach, FL 33401
                                  Tel (561) 832-4348
                                  Fax (561) 835-9061
                                  Fla. Bar No. 0898139

**CERTIFICATE OF SERVICE**

    I do certify that a copy hereof has been furnished to Assistant United States Attorney Lynn D. Rosenthal, Office of the U.S. Attorney, 500 Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 by delivery this 23d day of June, 2000.

                                  Ronald S. Chapman, Esq.