AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ANNETTE GONZALEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6176

CR-7! OCH

MAGISTRATE JUDGE
S... TZER

FILED by JUN 2 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

I, ANNETTE GONZALEZ, the above named defendant, who is accused of MAKING FALSE STATEMENTS TO HUD, in violation of Title 18, United States Code, Section 1010, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __6/23/00__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ANNETTE GONZALEZ
Defendant.

_____
RONALD CHAPMAN
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE