UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6176-CR-ZLOCH

UNITED STATES OF AMERICA

vs

ANNETTE GONZALEZ



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 23, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND FORM_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____RONALD CHAPMAN, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET:            $_____100,000 PSB STIPULATED_____

Bond hearing held: yes_____ no _X_ Bond hearing set for_____

Dated this__23RD__ day of __JUNE_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. ____00-032_____

cc: Copy for Judge
    U. S. Attorney