**COURT MINUTES**

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ANNETTE GONZALEZ (surr)    CASE NO: 00-6176-CR-ZLOCH
AUSA: LYNN ROSENTHAL             ATTY: Ronald Chapman
AGENT:                           VIOL:
PROCEEDING I/A ON INFORMATION    RECOMMENDED BOND
BOND HEARING HELD - yes/no       COUNSEL APPOINTED
      BOND SET @ 100,000 PSB
      SPECIAL CONDITIONS:

1) To be cosigned by: directed
2) Rpt to PTS / as directed x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:
4) surrender passport if applicable

                              INFO
                              Reading of Indictment Waived
                              Not Guilty, plea entered
                              Jury trial demanded
                              Standing Discovery Order requested

Advised of Charges

Waiver of indictment executed in open court


NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF: N/A

Date: 6/23/00   Time 9:00    FTL/LSS
                             TAPE #00- 032    Begin: 1909   End: 2451

9