UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6176-CR-ZLOCH

FILED by _____ D.C.
JUL 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

ANNETTE GONZALEZ

_____
 TYPE OF CASE                    CRIMINAL
_____

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

_____

PLACE:                           COURTROOM A
299 E. BROWARD BLVD.             DATE & TIME:
FT. LAUDERDALE, FL 33301         August 3, 2000 at 9:30 AM

_____

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION

_____

                              CLARENCE MADDOX
                              CLERK OF COURT

                              _____
                              BY DEPUTY CLERK

DATE: July 25, 2000

cc:
Lynn Rosenthal, Esq., AUSA
Ronald Chapman, Esq.