UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6176-CR-ZLOCH



UNITED STATES OF AMERICA

v.

ANNETTE GONZALEZ

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:  
299 E. BROWARD BLVD.  
FT. LAUDERDALE, FL 33301

COURTROOM A  
DATE & TIME:  
September 1, 2000 at 10:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 4, 2000

cc:
Lynn Rosenthal, Esq., AUSA
Ronald Chapman, Esq.