UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6176-CR-Zloch    DATE 9-1-00
CLERK Samara Robbins    REPORTER Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Annette Gonzalez

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Ronald Chapman

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea

RESULT OF HEARING Deft. pled guilty to one count Information; Ct. accepts plea and adjudges Deft. guilty as to one count Information

JUDGMENT

CASE CONTINUED TO Nov 17, 2000 TIME 11:00am FOR Sentencing

MISC

16