JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6176-CR-ZLOCH

UNITED STATES OF AMERICA,          :

           PLAINTIFF,          :

v.          :

ANNETTE GONZALEZ,          :

           DEFENDANT.          :

_____



GOVERNMENT'S MOTION FOR DOWNWARD
DEPARTURE UNDER SECTION 5K1.1 OF
THE SENTENCING GUIDELINES

      The United States of America, by and through its undersigned Assistant United States

Attorney, hereby requests the court for a downward departure from guideline range of the

defendant under Section 5K1.1 of the Sentencing Guidelines and states as follows:

      1.     On June 23, 2000, the defendant was charged in a one count information with

making false statements to HUD, in violation of 18 U.S.C. §1010. On September 1, 2000,

defendant pled guilty to the one count information. The PSI currently reflects that the guideline

range of the defendant is 10-16 months.

      2.     The defendant has provided substantial assistance in the investigation or

prosecution of other persons who have committed an offense. The defendant's assistance will be



further detailed at a hearing on this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

JEFFREY N. KAPLAN
Court No. A5500030
500 E. Broward Blvd., 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this
day of November, 2000, to Ronald S. Chapman, 330 Clematis St., West Palm Beach, Fl
33401.

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY

2