UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6176-CR-Zloch   DATE 11-17-00
CLERK Carlyne Newby   REPORTER Carl Schanzel
PROBATION Leesa Ann Stanley   INTERPRETER

UNITED STATES OF AMERICA v. Annette Gonzalez

U. S. ATTORNEY Jeff Kaplan   DEFT COUNSEL Ronald Chapman

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING   Sentencing

RESULT OF HEARING   Deft withdraws objections -
Gov't mtn for 5K1 departure granted -
Cf 1-18 months reporting probation -
$265,896.98 Restitution joint & several
JUDGMENT   Spec Conds - Not apply for or
incur any further debt without first
obtaining written permission from Prob -
Full Financial Disclosure - $100
CASE CONTINUED TO _____ TIME _____ FOR
assessment -

MISC