PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64403

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6176-CR-ZLOCH</u>

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Annette Gonzalez

Name of Sentencing Judicial Officer:   William J. Zloch  
Chief United States District Judge  
Fort Lauderdale, Florida

FILED BY: _____  
2002 APR 29 PM 3: 46  
CLERK U.S. DIST. CT.  
S.D. OF FL.-FTL.  
D.C.

Date of Original Sentence: November 17, 2000

Original Offense:   Making false statements to Department of Housing and Urban Development, in violation of 18 U.S.C. § 1010, a Class E felony.

Original Sentence:   Eighteen months probation, $265,896.98 restitution, $100 special assessment Special Conditions: (1) The defendant shall not apply for, solicit, or incur any further debt, included but not limited to loans, lines of credit, or credit card charges, either as a principle or cosigner, as an individual or through any corporate entity, without first obtaining the written permission from the U.S. Probation Officer; (2) the defendant shall provide complete access to financial information including disclosure of all business and personal finances to the U. S. Probation Officer.

Type of Supervision: Probation            Date Supervision Commenced: November 17, 2000

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>        <u>Nature of Noncompliance</u>

1.            **Violation of Special Condition:** by failing to pay $265,896.98 restitution. On November 17, 2000, the defendant was ordered by the Court to pay $265,896.98 restitution, and the probationer has failed to satisfy this financial obligation.

PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64403

**GONZALEZ, Annette**  
**Docket No. 00-6176-CR-ZLOCH**

U.S. Probation Officer Action:

This probation officer has reviewed the defendant's credit report, personal financial statements, monthly supervision reports and paycheck stubs. Based on an assessment of the defendant's financial condition, this officer has concluded that the defendant has been making monthly restitution payments to the best of her ability. The defendant has a current balance of $265,821.98. The probationer will not have the financial ability to pay her restitution in full prior to termination of her probation. Assistant United States Attorney Jeffrey Kaplan has no objections to the defendant terminating probation with an outstanding balance. The defendant has signed a consent agreement to continue making regular monthly restitution payments after her probation has terminated.

The probationer has been making monthly restitution payments to the best of her ability and will not be able to pay off her restitution prior to termination of probation. Therefore, this officer respectfully recommends that the Court allow the defendant to terminate probation with an outstanding balance.

Respectfully submitted,

by  
James Peirce  
U.S. Probation Officer  
Phone: (561) 804-6852  
Date: April 19, 2002

[X] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

4/26/02  
Date